UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                  )<br>)<br>)<br>JUAN CARLOS GUASCA LEGARDA )<br>)<br>_____ ) | Cr. No. 04-0114-13 (RBW) |

FILED

SEP - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF FILING

COMES NOW, the defendant, by and through Joseph Conte, 400 Seventh St., N.W., Suite 400, Washington, D.C. 20004 to respectfully request this Honorable Court to file as part of the record in this case the attached correspondence, mailed first class, postage prepaid, to counsel for the United States as reflected in the certificate of service for this notice.

Respectfully submitted,

Joseph R. Conte, Bar #356827
400 Seventh St, N.W.
Suite 400
Washington, D.C. 20004
(202) 638-4100