UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CRIMINAL NO.  04-114-03 (RBW) |
| | : | |
| | : | UNDER SEAL |
| **JAIRO ANTONIO MUSSO-TORRES** | : | |
| Defendant. | : | |
| | : | |

## JOINT MOTION FOR CONTINUANCE OF CASE STATUS HEARING

The United States by and through counsel, Patrick H. Hearn, Trial Attorney, United States Department of Justice, Narcotic and Dangerous Drug Section and the defendant, by and through his counsel Roy Rodriguez and Dennis Urbano, respectfully move this Court to continue the case status hearing in this matter currently scheduled for Friday, May 11 at 2:00 p.m.  The government has personally spoken with defendant's attorneys, Roy Rodriguez and Dennis Urbano, they have stated they agree that a continuance is necessary and join in the motion for continuance.  In support of the motion, the Government and the defendant respectfully submit the time is required to continue discussions with the defendant regarding his knowledge of narcotics trafficking and an anticipated 5.K motion.  Both parties would inform the court that prior meetings and discussions with the defendant have been fruitful and of assistance to the government.

WHEREFORE, both parties would respectfully request the Court set this matter for a status hearing approximately 3 months from the current status hearing date of May 11, 2007 at 2:00 p.m.

Respectfully submitted

KEN BLANCO, Chief
Narcotics and Dangerous Drug Section

_____
Patrick H. Hearn
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7606

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via fax to counsel for defendant, Roy Rodriguez and Dennis Urban at 305-595-9732 on this 7th day of May, 2007

_____
Patrick H. Hearn