**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**HUBER GOMEZ LUNA, *et al.***

**Criminal Case No.: 04-114-10 (RBW)**

**-- Filed Under Seal --**

**DEFENDANT GOMEZ LUNA'S *JOINT CONSENT* MOTION TO UNSEAL SPECIFIC DEFENSE CASES TO ALLOW FOR ELECTRONIC FILING AND CASE RECORD REVIEW**

**COMES NOW DEFENDANT, Huber Gomez Luna** (hereinafter referred to as "Mr. Gomez Luna"), by and through undersigned counsel, and, respectfully submits this *joint* motion to unseal the case, as to the three defendants that are currently scheduled for trial, and allow for electronic filing and review of the court record.

**Government Consent**

Undersigned counsel has provided this motion for review by government counsel, Patrick Hearn, and has obtained his consent.

**Background**

Currently, the cases of Mr. Gomez Luna and those of his co-defendants proceeding to trial have been sealed from the public and defense attorneys. As a result, the general public has been unable to view the status of the case and all defense counsel have been unable to monitor the progress of the case and review pleadings as they are filed.

As we approach the currently set April trial date, the inability of defense counsel to electronically file motions as well as immediately review and respond to, reply to and/or join motions becomes burdensome, as well as prejudicial to the rights of the defendants proceeding to trial. It is commonplace during criminal trials for issues to arise that require motions be filed and/or issues be briefed for the Court overnight. Without the ability to file electronically, either defense counsel shall be required to venture to the Courthouse from their homes and/or offices to late-file documents, with the hope that the Court shall receive them with enough time to consider and rule on those issues, or the Court shall receive pleadings immediately prior to a trial session beginning, which shall unnecessarily delay the trial, resulting in an unnecessary expenditure of judicial resources.

It is Mr. Gomez Luna's understanding that the cases are currently sealed in order to prevent defense counsel and the public from reviewing documents related to all co-defendants. It is respectfully submitted that the case of *all* of the defendants should not – and need not – be sealed from public view.

**Other Cases At Courthouse**

Since the inception of electronic filing in this jurisdiction, it has become common practice in multi-defendant criminal cases where some of the defendants have pled guilty for the cases of those defendants proceeding to trial to remain unsealed. For example, the recently concluded case of *United States v. Kevin Gray* (Case No. 00-157) began with approximately twenty defendants. During the course of the case, numerous of those defendants pled guilty and cooperated with the government. As they did, certain of their cases were sealed, but the cases of the defendants proceeding to trial remained unsealed. In addition, and as an example of a case similar to Mr. Gomez-Luna's, in the case of *United States v. Osorio-Ortega, et al.* (a case also

involving Colombian defendants) as certain defendants pled guilty, their cases were sealed and documents relating thereto were filed under seal. The cases of the defendants proceeding to trial, however, remained open, accessible and available for electronic filing.

The section that follows constitutes a portion of the docket in the case of *United States v. Osorio-Ortega, et al.* That docket reflects document numbers, yet those numbers are not always sequential. The Court will note that the progression of numbers is interrupted and document numbers are missing. Mr. Gomez Luna proffers that the reason certain numbers are missing is because certain documents were filed, and certain proceedings were held, under seal. The result is that the case remained open for public review, counsel review and electronic filing. Mr. Gomez Luna maintains that there isn't any reason why the same could not occur in his case.

## - SAMPLE OF DOCKET SHEET –

**U.S. District Court - District of Columbia (Washington, DC)**
**CRIMINAL DOCKET FOR CASE #: 1:02-cr-00392-RJL-11**
**Case title: USA v. OSORIO-ORTEGA, et al – Docket Sheet as of February 1, 2005**

Notice of Hearings as to DOLCEY PADILLA-PADILLA, SAMUEL SANTANDER LOPESIERRA-GUTIERREZ: Status Conference set for 2/17/2005 03:30 PM in Courtroom 7 before Judge Richard J. Leon. (whb) (Entered: 02/01/2005)

Minute Entry for proceedings held before Judge Richard J. Leon :Status Conference as to DOLCEY PADILLA-PADILLA, SAMUEL SANTANDER LOPESIERRA-GUTIERREZ held on 2/16/2005. Robert Feitel-AUSA, Oscar Rodriguez-Padilla, David Zapp per telephone conference for Samuel Lopesierra-Gutierrez. Status Conference set for 5/9/2005 03:30 PM in Courtroom 7 before Judge Richard J. Leon. DEFENDANTS' COMMITTED/COMMITTMENT ISSUED FOR BOTH DEFENDANT(Court Reporter Patty Gels.) (whb) (Entered: 02/16/2005)

156
TRANSCRIPT of Proceedings of Status Hearing as to SAMUEL SANTANDER LOPESIERRA-GUTIERREZ before Judge Richard J. Leon held on 10/10/03 Court Reporter: Bryan A. Wayne. (jeb, ) (Entered: 03/01/2005)

160
TRANSCRIPT of Arraignment Proceedings as to SAMUEL SANTANDER LOPESIERRA-GUTIERREZ, JOSE FERNANDO LOPESIERRA-GUTIERREZ before Magistrate Judge John M. Facciola held on September 2, 2003 Court Reporter: Pro-Typists, Inc., 1012 14th Street, NW, Suite 307, Washington, DC 20005. (bm) (Entered: 03/08/2005)

161
TRANSCRIPT of Detention Hearing Proceedings as to SAMUEL SANTANDER LOPESIERRA-GUTIERREZ, JOSE FERNANDO LOPESIERRA-GUTIERREZ before Magistrate Judge John M. Facciola held on September 5, 2003 Court Reporter: Pro-Typists, Inc., 1012 14th Street, NW, Suite 307, Washington, DC 20005. (bm) (Entered: 03/08/2005)

172
Second MOTION for Speedy Trial *Stay* by UNITED STATES OF AMERICA as to MARIO OSORIO-ORTEGA, CANDIDO TOBON-TOBON, GHASSAN OMAR FAKIH, LILIANA ESTER SANTAMARIA-HERNANDEZ, RAMON ANTONIO RAMOS-GUZMAN, RUBEN DARIO COTES-GOMEZ, DOLCEY PADILLA-PADILLA, IGNACIO ARTURO PANA-JUSAYU, JOSE ALBERTO OSPINA-FLORES, HECTOR MANUEL JASBON-TOBON, SAMUEL SANTANDER LOPESIERRA-GUTIERREZ, ALFONSO SEGUNDO PANA-AGUILAR, JAIME JOSE EMMANUEL-CABALLERO, JOSE FERNANDO LOPESIERRA-GUTIERREZ, YURI ALI YURI ALI VALDEBLANQUEZ-CORDERO. (DiLorenzo, Michael) (Entered: 03/30/2005)

174
TRANSCRIPT of Proceedings as to RUBEN DARIO COTES-GOMEZ, SAMUEL SANTANDER LOPESIERRA-GUTIERREZ, ALFONSO SEGUNDO PANA-AGUILAR, JOSE FERNANDO LOPESIERRA-GUTIERREZ before Judge Richard J. Leon held on 10/7/04 Court Reporter: Miller Reporting Co., Inc., Donald J. Jacobsen. (cp, ) (Entered: 04/14/2005)

176
RESPONSE by SAMUEL SANTANDER LOPESIERRA-GUTIERREZ re 172 MOTION for Speedy Trial *exhibit transcripts not included* (Zapp, David) (Entered: 04/22/2005)

180
RESPONSE by SAMUEL SANTANDER LOPESIERRA-GUTIERREZ re 172 MOTION for Speedy Trial *including exhibits* (Attachments: # 1 Exhibit Transcript# 2 Exhibit Transcript# 3 # 4 Exhibit transcript)(Zapp, David) (Entered: 04/28/2005)

181
SUPPLEMENT by SAMUEL SANTANDER LOPESIERRA-GUTIERREZ *supplemental letter* (Zapp, David) (Entered: 04/28/2005)

186
MOTION to Sever Defendant *Dolcey Padilla* by SAMUEL SANTANDER LOPESIERRA-GUTIERREZ (Attachments: # 1 Exhibit Letter from Dolcey Padilla)(Zapp, David) (Entered: 05/11/2005)

**WHEREFORE,** for the reasons set forth above, Mr. Gomez Luna respectfully requests that this honorable Court order the Clerk of the Court to unseal the case record as to defendants Huber Gomez Luna, Juan Carlos Guasca Legarda and Fredy Castillo Carillo and allow for

electronic case filing and review of the docket for only these three codefendants.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

**By:** ___________________________________

Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building ~ Suite 900
Washington, D.C. 20004
(202) 220-3073
Counsel for Huber Gomez Luna

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion has been electronically delivered to to counsel for all known parties on this 1st day of February, 2008.

___________________________________
Manuel J. Retureta, Esq.