## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|

|

**UNITED STATES OF AMERICA**　　　|

|

|　　**Criminal Case No.:  04-114-10 (RBW)**

**v.**　　　　　　　　　　　　　|

|　　**-- Filed Under Seal  --**

|

**HUBER GOMEZ LUNA,** *et al.*　　|

|

|

### DEFENDANT GOMEZ LUNA'S MOTION TO
### ORDER DISCLOSURE OF GOVERNMENT EXPERTS

**COMES NOW DEFENDANT, Huber Gomez Luna** (hereinafter referred to as "Mr. Gomez Luna"), by and through undersigned counsel, and respectfully asks this Court for an order directing the government to disclose all experts expected to be called in the government's case.

Pursuant to Fed.R.Evid. 16(a)(1)(G), parties must disclose witnesses that are intended to be called and testify as experts.  In other cases before this Court, cases that involve Colombian defendants and charges of importing narcotics have presented experts related to the production of narcotics and their transport to the United States.  As of this moment, the defense has not received any indication from government counsel that any such expert is anticipated for the April 2008 trial.  Such notice well in advance of trial is necessary for the effective preparation of Mr. Gomez Luna's defense.

**WHEREFORE,** Mr. Gomez Luna respectfully asks this Court for an order directing the government to note, consistent with Rule 16(a)(1)(G), all expert witnesses they intend to call.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

**By:** _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073
(202) 220-3130 Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties via ECF on this 22nd day of February 2008.

_____/s/_____
Manuel J. Retureta, Esq.