IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of United States of America<br>v.<br><br>Huber Anibal Gomez Luna | CR. NO. 04-114<br><br>(File Under Seal) |

## *APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM*

The government, by and through undersigned counsel, respectfully moves this Honorable Court to issue a Writ of Habeus Corpus Ad Testificandum to have Hernan Cobos-Munoz transported to the District of Columbia. The government states the following in support thereof:

1. The United States Department of Justice, Criminal Division, Narcotic and Dangerous Section has an pending case scheduled for trial in the United District Court for the District of Columbia.

2. This pending case against defendants Hernan Cobos-Munoz concerns the activities of an international drug trafficking organization transporting drugs to the United States in violation of 21 U.S.C. §963, 21 U.S.C. §959 and 18 U.S.C. § 2.

3. Hernan Cobos-Munoz (Inmate No. 64468-004, DOB: 5/21/70) has material and necessary information relevant to this pending case. He is presently incarcerated at the FCI, Fort Dix, Federal Correctional Institute, P.O. Box 38, Fort Dix, NJ 08640.

4. The above-referenced pending matter may be scheduled for a status hearing during the week of April 24, 2008.

5. In order to be available to be interviewed and subsequently testify at trial, it is necessary that the U.S. Marshals Service transport Hernan Cobos-Munoz from FCI, Fort Dix, to the District of Columbia.

Page No. 2

WHEREFORE, the applicant moves that this Court issue a Writ of Habeas Corpus Ad Testificandum directed to: Charles E. Samuels, Warden, FCI, Fort Dix, Federal Correctional Institution, P.O. 38, Fort Dix, N.J. 08640, District of New Jersey, Ivan Bapitie, Deputy of U.S. Marshals Service, 402 E. State Street, Trenton, NJ 08608, John Clark, Director, U.S. Marshals Service, 600 Army Navy Drive, Arlington, VA 22202; and Pat Monardo, Chief, U.S. Marshals Service, 333 Constitution Avenue, N.W, Room 1400, Washington, D.C., 20001, George Walsh, U.S. Marshal, U.S. Marshals Service, 333 Constitution Avenue, N.W., Room 1400, Washington, D.C. 20001 ordering the production of Hernan Cobos-Munoz on April 24, 2008 before state hearing.

KENNETH A. BLANCO, Chief

Patrick Hearn
Trial Attorney
United States Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
1400 New York Ave, 8th Floor
Washington, D.C. 20005
202.305-7606 (office)
202.514-0483 (fax)