**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 04-114-08(RBW)** |
| | : | |
| v. | : | |
| | : | |
| **HUGHES MANUEL** | : | |
| **RODRIGUEZ-FUENTES,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO RESCHEDULE CHANGE OF PLEA

The United States, through the undersigned attorney, respectfully moves the Court reschedule the change of plea date in the above-captioned case, for the reasons stated below.

1. On April 18, 2008, a status conference was held in this case. At that time counsel for the defendant and counsel for the government informed the Court that they anticipated a plea in this case.

2. Both parties still anticipate a change of plea in this case, but need more time to work out the details of the plea agreement. The government requests a new date approximately mid-June, 2008.

**WHEREFORE**, for the foregoing reasons, the United States respectfully moves to

reschedule the change of plea in this case.

                                      Respectfully submitted,

                          BY: /s/_____
                               Glenn C. Alexander
                               Trial Attorney
                               Narcotic and Dangerous Drug Section
                               Criminal Division
                               U.S. Department of Justice
                               Washington, D.C.
                               (o)(202) 305-0524
                               (fax)(202) 305-9825

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a copy of this pleading was delivered to all parties by ECF this 15th day of May, 2008.

                                                 /s/
                                      GLENN C. ALEXANDER