UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 2 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA :
:
:
: CRIMINAL NO. 04-114-08 (RBW)
v. :
: **UNDER SEAL**
:
:
HUGHES MANUEL :
RODRIGUEZ-FUENTES, :
:
:
Defendant. :

## ORDER

Based on the representations in the government's Motion to Dismiss the Indictment as to this defendant,

And for good cause shown, it is hereby

ORDERED, that the indictment in this case be dismissed as to the defendant.

July 22, 2010

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By: _____
Deputy Clerk

_____
Judge Reggie B. Walton
United States District Court for
the District of Columbia

I, _____, hereby certify that this is a true copy of an original document.

District of Columbia : SS
Subscribed and Sworn to before me
this ___ day of _____, ____
_____
Notary Public, D.C.
My commission expires _____