UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**AUG - 7 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 04-114-1 (RBW) |
| ) | |
| HERNAN GIRALDO-SERNA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Memorandum Opinion, issued on this same date, it is hereby

**ORDERED** that the Motion to Enforce Rights Under the Crime Victims' Rights Act by Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín and Bela Henríquez Chacín is **DENIED**. It is further

**ORDERED** that the parties and the movants shall appear for a status conference at a date and time to be determined by the Clerk of the Court.[1]

**SO ORDERED** on this 6th day, August 2015.

Reggie B. Walton
United States District Judge

---

[1] The parties and the movants shall advise the Court as to how they would like to proceed, including whether the movants intend to petition the District of Columbia Circuit for a Writ of Mandamus, and if so, how that will affect the timeline for the defendant's sentencing.