Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| vs. | ) Criminal No. 1:04-cr-114-9 (RBW) |
| RODRIGO TOVAR PUPO | ) |

### NOTICE OF APPEAL

Name and address of appellant:  
Rodrigo Tovar Pupo  
Central Virginia Regional Jail  
13021 James Madison Highway  
Orange, VA  22960

Name and address of appellant's attorney:  
Coburn & Greenbaum, PLLC  
Barry Coburn  
1710 Rhode Island Ave, NW  2nd Floor  
Washington, DC  20036

Offense:  21 U.S.C. §§ 959, 960, 963

Concise statement of judgment or order, giving date, and any sentence:

On 11/6/15, Defendant was sentenced to 198 months of incarceration, with credit for anytime he is entitled to receive from detention in Colombia and the United States, followed by five (5) years of supervised release, a fine of $25,000, and a special assessment of $100.00; we are appealing the sentence and all evidentiary and procedural rulings, including, but not limited to, the order denying his motion seeking leave to withdraw his guilty plea.

Name and institution where now confined, if not on bail:  Central Virginia Regional Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

11/17/2015  
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]  
CJA, NO FEE [ ]  
PAID USDC FEE [✓]  
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?*  YES [✓]  NO [ ]  
Has counsel ordered transcripts?  YES [ ]  NO [✓]  
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]  NO [✓]

* Counsel is not yet certain whether we will be representing Mr. Tovar Pupo in his appeal.  We have not yet completed an engagement agreement with him.  It is possible that we will be seeking CJA status for him.