UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> HERNAN GIRALDO-SERNA, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 04-114-1 (RBW) |

## ORDER

In accordance with the Court's oral rulings at the status conference, held on January 8, 2016, and in light of Order, In re Zulma Natazha Chacin de Henríquez, No. 15-3054 (D.C. Cir. Oct. 16, 2015), it is hereby

**ORDERED** that the defendant and the government shall each file any additional submissions concerning the movants' victimhood status on or before January 25, 2016. It is further

**ORDERED** that the movants shall respond to the defendant and the government on or before February 15, 2016. It is further

**ORDERED** that the parties and the movants shall appear for a hearing regarding the movants' victimhood status on March 14, 2016, at 9:30 a.m.

**SO ORDERED** on this 11th day of January, 2016.

_/s/ Reggie B. Walton_
REGGIE B. WALTON
United States District Judge