**FILED**
**MAR 1 4 2016**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 04-114-1 (RBW) |
| ) | |
| HERNAN GIRALDO-SERNA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the Court's oral rulings at the motion hearing, held on this same date, it is hereby

**ORDERED** the Motion to Enforce Rights Under the Crime Victims' Rights Act by Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín and Bela Henríquez Chacín[1] is **GRANTED**. It is further

**ORDERED** that the Clerk of the Court shall ensure that the movants now receive notice of all proceedings in this case. It is further

**ORDERED** that the parties and the movants shall appear for the defendant's sentencing hearing on May 16, 2016, at 2:00 p.m.

**SO ORDERED** on this 14th day of March, 2016.

REGGIE B. WALTON
United States District Judge

---

[1] These individuals are collectively referred to as "movants," hereinafter.